IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA BRANCA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 13-740 |
| LIBERTY LIFE ASSURANCE CO. OF BOSTON, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 15th day of May, 2014, upon consideration of Plaintiff's Application for an Award of Attorneys' Fees and Costs, and Defendant's response thereto, it is hereby **ORDERED** that plaintiff's motion (Docket No. 23) is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.